IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | Case Nos. | CR-99-002-E-BLW |
| ) | | CV-02-086-E-BLW |
| v. ) | | |
| ) | **ORDER** | |
| FERRELL WILDCAT, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

This Court previously dismissed Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. ).  Petitioner has since filed a Notice of Appeal (Docket No. 115), which the Court is treating as a Request for Certificate of Appealability.  Having considered the request and the record in this case, the Court enters the following Order.

### CERTIFICATE OF APPEALABILITY

A petitioner cannot appeal from the denial or dismissal of a proceeding under 28 U.S.C. § 2255 unless he has first obtained a certificate of appealability (COA).  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537

**Order - 1**

U.S. 322, 336 (2003).  A COA will issue only when a petitioner has made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  A petitioner satisfies this standard by demonstrating that reasonable jurists would find debatable both the merits of the constitutional claims and any dispositive procedural rulings by the district court.  *Miller-El v. Cockrell*, 537 U.S. at 336.

In this case, the Court concluded that Petitioner's claims regarding alleged *Brady* violations, ineffective assistance of counsel, and alleged newly discovered evidence failed on the merits.  *See* Docket Nos. 104 and 114. These decisions are amply supported by case law and are not reasonably debatable.  Accordingly, Petitioner has not made a substantial showing of the denial of a constitutional right, and the request for a COA will be denied.  Petitioner may still request a COA from the Ninth Circuit Court of Appeals, pursuant to Federal Rule of Appellate Procedure 22(b).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Request for Certificate of Appealability (Docket No. 115) is DENIED.  The Clerk of Court is ordered to forward a copy of this Order and the Notice of Appeal and/or Request for Certificate of Appealability to the Ninth Circuit Court of Appeals.  If requested

**Order - 2**

by the Ninth Circuit, the Clerk of Court shall forward that portion of the record beginning with the filing of the 28 U.S.C. § 2255 motion. Otherwise, the Ninth Circuit shall obtain the record from the District Court website at www.id.uscourts.gov.

DATED: **October 20, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**