UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:99-cr-00002-BLW |
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| FARRELL WILDCAT, | |
| Defendant. | |

## INTRODUCTION

Before the Court is Farrell Wildcat's Motion for Compassionate Release. (Dkt. 139). The motion is fully briefed and at issue. For the reasons expressed below, the Court will grant the motion.

## BACKGROUND

Mr. Wildcat is 77 years old. He suffers from diabetes, hypertension, cardiovascular disease and obesity. He has arthritis in his knees and requires the use of a walker to get around.

In August 1999, Mr. Wildcat was convicted of two counts of second-degree murder. The charges stem from a drunk driving accident on Fort Hall Indian Reservation that resulted in the death of two passengers in his vehicle. Mr. Wildcat was sentenced to 360 months incarceration, followed by five years of supervised release. Dkt. 82. He has been incarcerated since 1999 and has not had any disciplinary issues while in custody.

## LEGAL STANDARD

Mr. Wildcat brought his motion under 18 U.S.C. § 3582(c). He filed a request for compassionate release with the Warden of FCI Terminal Island in March 2019, and renewed his request on June 3, 2020. The Bureau of Prisons denied his request on June 4, 2020. Since more than 30 days have elapsed since Mr. Wildcat's request, this Court has jurisdiction to hear his motion under § 3582.

In order to modify a sentence and grant compassionate release, a district court must first consider the 18 U.S.C. § 3553(a) factors. Next, the court must find that "extraordinary and compelling reasons warrant such a reduction." *See* 18 U.S.C. 3582(c)(1)(A). Extraordinary and compelling reasons include the defendant "suffering from a serious physical . . .condition . . . that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover." U.S.S.G.

MEMORANDUM DECISION AND ORDER - 2

§ 1B1.13 cmt. 1(A)(ii). Factors to consider in determining the risk to community safety include the nature and circumstances of the offense, the offender's history and characteristics, and the nature and seriousness of the danger posed by the offender's release. *See* 18 U.S.C. § 3142(g).

## ANALYSIS

The Government agrees that Mr. Wildcat has established extraordinary and compelling reasons for granting release under 18 U.S.C. § 3582(c)(1)(A)(i) and that the remaining factors weigh in favor of release. Dkt. 142 at 2–3. Mr. Wildcat has been incarcerated since January 1999 and is currently incarcerated at FCI Terminal Island. He has served approximately 262 months of his 360-month sentence and is currently scheduled for release in August 2024. Mr. Wildcat's health conditions, age, and the length of his incarceration establish extraordinary and compelling reasons for granting release. In addition, his limited mobility, sobriety, and lack of disciplinary issues establish that he does not pose a danger to the community.

## ORDER

IT IS HEREBY ORDERED that the Defendant's Motion for Reduction of Sentence under 18 U.S.C. § 3582(c) (Compassionate Release) Dkt. 139) is **GRANTED** and that the Bureau of Prisons is directed to release the defendant as

soon as possible from incarceration to begin serving his term of Supervised

Release.

DATED: December 31, 2020

B. Lynn Winmill
U.S. District Court Judge